Fitzgerald & Associates, P.C.
    By Nicholas Fitzgerald Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
-------------------------------X
                                        **Chapter 13**

In re:
                                Chapter 13 Case No. 25-14275-VFP

        Geoany Chacon,
                                Return Date: 7/17/25
                                Time:  8:30 a.m.

            Debtor

-------------------------------X

**ATTORNEY'S RESPONSE TO MORTGAGEE'S OBJECTION TO THE CONFIRMATION
OF THE DEBTOR'S CHAPTER 13 PLAN**

        I, Nicholas Fitzgerald, the above named debtor's counsel,
hereby responds to the mortgagee's objection to the confirmation
of the debtor's proposed Chapter 13 payment plan as follows:

        The objection to confirmation is that the debtor is
$20,883.18 behind on his pre-petition mortgage payments.  We do
not dispute the amount of the pre-petition arrears nor do we
dispute the debtor's obligation to resolve the issue of his pre-
petition mortgage arrears.

        The debtor is presently one month into a trial loan
modification and if the loan modification is approved by the
debtor's mortgagee and approved by the Bankruptcy Court, then the
mortgage arrears would not have to be paid through the debtor's
payment plan.

        If for whatever reason the mortgage loan modification is not
approved, then the mortgage arrears will have to be paid through
the debtor's Chapter 13 payment plan.

Dated: May 19, 2025

                                _____
                                Nicholas Fitzgerald
                                Debtor's Counsel