Certificate Number: 05781-NJ-DE-039822912

Bankruptcy Case Number: 25-14275



05781-NJ-DE-039822912

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2025, at 6:33 o'clock PM PDT, Geoany Chacon completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 30, 2025            By:    /s/Allison M Geving

                                 Name:  Allison M Geving

                                 Title: President