| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Nicholas Fitzgerald, Esq.,/NF6129 <br> Fitzgerald & Associates, Attorneys At Law <br> 649 Newark Avenue <br> Jersey City, NJ 07306 <br> PH (201) 533-1100 <br> Email: NickFitz.Law@gmail.com | Case No.: | 25-14275 |
| | Chapter: | 13 |
| In Re: <br> Geoany Chacon | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | PAPALIA |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Geoany Chacon__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 24, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order on Motion for Authorization to Enter into Final Loan Modification Agreement

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __July 24, 2025__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geoany Chacon<br>1607 82nd Street<br>North Bergen, NJ 07047 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Planet Home Lending LLC<br>    Attn: Mitigation Coordinator<br>321 Research Parkway, Suite 303<br>Meriden, CT 06450 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group P.C.<br>    Attn: Denise Carlon, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
649 NEWARK AVENUE
JERSEY CITY, NJ 07306

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1 800 828 7763

Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com

# 25-14275-VFP Geoany Chacon Creditors

**Ambulatory Center for Endoscopy LLC**
PO Box 417750
Boston, MA 02241

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Amex**
P.O. Box 7871
Fort Lauderdale, FL 33329

**Amex/Cbna**
9111 Duke Blvd
Mason, OH 45040

**Apple Card/Gs Bank Usa**
Lockbox 6112 Po Box 7247
Philadelphia, PA 19170

**Bank of America, N.A.**
PO Box 673033
Dallas, TX 75267-3033

**Bk Of Amer**
Pob 15026
Wilmington, DE 19801

**Capital One**
11013 W Broad St
Glen Allen, VA 23060

Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citibank, N.A. Vs Chacon Geoany
Rubin & Rothman LLC
1787 Veterans Memorial Hwy, Ste 32
Islandia, NY 11749

Comenitycapital/Nflvs
Po Box 182120
Columbus, OH 43218

Evelyn Duran
1607 82nd Street
North Bergen, NJ 07047

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nissan Infiniti Lt
2901 Kinwest Pkwy
Irving, TX 75063

Nissan-Infiniti LT LLC fka Nissan-Infiniti LT
PO Box 9013
Addison, Texas 75001

Onemain
Po Box 1010
Evansville, IN 47706

Onemain Financial Gr
Tenaglia & Hunt PA
365 West Passaic St, Suite 405
Rochelle Park, NJ 07662

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731

PHL Mortgage
10 Research Pkwy
Wallingford, CT 06492

Planet Home Lending, LLC
321 Research Pkwy #303
Meriden, CT 06450

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Rubin & Rothman LLC
1787 Veterans Highway
Suite 22
Islandia, NY 11749

Selip & Stylianou LLP
10 Forest Avenue, Suite 300
Paramus, NJ 07653

Syncb/Ppc
170 Election Road
Suite 125
Draper, UT 84020

Syncb/Ppmc
170 Election Road
Suite 125
Draper, UT 84020

Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Synchrony Bank - - Pay Pal Credit
Selip & Stylianou LLP
10 Forest Avenue, Suite 300
Paramus, NJ 07652

Synchrony Bank - Pay Pal Mastercard
Selip & Stylianou LLP
10 Forest Avenue, Suite 300
Paramus, NJ 07652

Tenaglia & Hunt P.A.
365 West Passaic Street
Suite 405
Rochelle Park, NJ 07662

Thd/Cbna
Po Box 9714
Gray, TN 37615

U.S. Department of Housing and Urban Development
26 Federal Plaza, Suite 3541
New York, NY 10278

Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118