Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−14275−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Geoany Chacon
   1607 82nd Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−1705

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 26, 2025.

Dated: August 26, 2025
JAN: gml

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-14275-VFP

Geoany Chacon  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Aug 26, 2025  Form ID: plncf13  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geoany Chacon, 1607 82nd Street, North Bergen, NJ 07047-4219 |
| 520631568 | + | Ambulatory Center for Endoscopy LLC, PO Box 417750, Boston, MA 02241-7750 |
| 520631575 | + | Citibank, N.A. Vs Chacon Geoany, Rubin & Rothman LLC, 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 520631577 | + | Evelyn Duran, 1607 82nd Street, North Bergen, NJ 07047-4219 |
| 520631580 | + | Onemain Financial Gr, Tenaglia & Hunt PA, 365 West Passaic St, Suite 405, Rochelle Park, NJ 07662-3014 |
| 520631586 | + | Synchrony Bank - - Pay Pal Credit, Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520631587 | + | Synchrony Bank - Pay Pal Mastercard, Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2025 02:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2025 02:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520675653 | | Email/PDF: bncnotices@becket-lee.com | Aug 26 2025 23:28:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520631569 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2025 00:02:05 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520631570 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 23:29:10 | Amex/Cbna, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520631571 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 27 2025 02:32:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 520695915 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2025 02:03:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520631572 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2025 02:03:00 | Bk Of Amer, Pob 15026, Wilmington, DE 19850-5026 |
| 520631574 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 23:28:51 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 520631573 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2025 00:02:06 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520720466 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 23:30:31 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520631576 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2025 02:33:00 | Comenitycapital/Nflvs, Po Box 182120, Columbus, OH 43218-2120 |
| 520712785 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2025 23:28:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520631578 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Aug 27 2025 02:32:00 | Nissan Infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 520679337 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 27 2025 02:32:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 520666953 | + | Email/PDF: cbp@omf.com | Aug 26 2025 23:26:03 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520631579 | + | Email/PDF: cbp@omf.com | Aug 26 2025 23:29:36 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520631581 | + | Email/Text: BKMAIL@planethomelending.com | Aug 27 2025 02:32:00 | PHL Mortgage, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520712731 | + | Email/Text: BKMAIL@planethomelending.com | Aug 27 2025 02:32:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520706713 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2025 02:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520631582 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 27 2025 02:32:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Suite 22, Islandia, NY 11749-1500 |
| 520631583 | ^ | MEBN | Aug 26 2025 21:40:57 | Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520631584 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2025 23:29:33 | Syncb/Ppc, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520631585 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2025 22:32:33 | Syncb/Ppmc, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520722094 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2025 23:28:25 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520631588 | ^ | MEBN | Aug 26 2025 21:40:48 | Tenaglia & Hunt P.A., 365 West Passaic Street, Suite 405, Rochelle Park, NJ 07662-3014 |
| 520631589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2025 00:02:49 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 520634278 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 27 2025 03:45:51 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520699633 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2025 23:26:42 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025    Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 26, 2025 | Form ID: plncf13 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Nicholas Fitzgerald | on behalf of Debtor Geoany Chacon fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5