FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  GEOANY CHACON  
1607 82ND STREET  
NORTH BERGEN,  NJ  07047

Atty:  FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
Chapter 13 Case # 25-14275

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/15/2026                                             (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2025 | $250.00 | | 07/08/2025 | $250.00 | |
| 08/04/2025 | $250.00 | | 08/25/2025 | $250.00 | |
| 09/05/2025 | $250.00 | | 10/06/2025 | $250.00 | |
| 11/04/2025 | $250.00 | | 12/05/2025 | $250.00 | |
| 01/06/2026 | $250.00 | | | | |

**Total Receipts: $2,250.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,250.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026                           (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 122.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,650.00 | 100.00% | 2,127.50 | 2,522.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMBULATORY CENTER FOR ENDOSCOPY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,157.49 | * | 0.00 | |
| 0003 | CITIBANK NA | UNSECURED | 3,077.99 | * | 0.00 | |
| 0004 | APPLE CARD/GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 523.33 | * | 0.00 | |
| 0006 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 4,214.18 | * | 0.00 | |
| 0012 | ONEMAIN | UNSECURED | 17,833.70 | * | 0.00 | |
| 0014 | PLANET HOME LENDING, LLC | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0017 | SYNCHRONY BANK | UNSECURED | 4,514.31 | * | 0.00 | |
| 0018 | SYNCHRONY BANK | UNSECURED | 5,887.04 | * | 0.00 | |
| 0022 | RESURGENT CAPITAL SERVICES | UNSECURED | 864.15 | * | 0.00 | |

Chapter 13 Case # 25-14275

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0025 | AMBULATORY CENTER FOR ENDOSCOPY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | |
| 0027 | NISSAN - INFINITI LT | VEHICLE SECURE | 1,333.79 | 100.00% | 0.00 | |
| 0028 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,272.93 | * | 0.00 | |

**Total Paid: $2,250.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 16, 2026.

Receipts: $2,250.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,250.00    =    Funds on Hand: $0.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.