UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

GEOANY CHACON

Case No.:  25-14275

Adv. No.:

Hearing Date:  05/21/2026

Judge:  VFP

## CERTIFICATION OF SERVICE

1.  I, Jeannine Van Sant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the   above captioned matter.

2.  On, 04/28/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
GEOANY CHACON
1607 82ND STREET
NORTH BERGEN, NJ  07047
Mode of Service:  Regular Mail

Attorney for Debtor(s):
FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306
Mode of Service:  ECF and/or Regular Mail

Dated:  April 28, 2026

By:   /S/  Jeannine Van Sant
Jeannine Van Sant