UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. NF6129
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: Nickfitz.law@gmail.com
Counsel for Debtor

| | |
|---|---|
| In Re:<br><br>Geoany Chacon | Case No.: _____25-14275_____<br><br>Judge: _____Vincent F Papalia_____<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ ,

    creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____May 21, 2026_____, at 10:00 a.m. .

    ☐ Certification of Default filed by _____ ,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not

    been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I have filed my 2025 tax return and will provide a complete copy to the Trustee
immediately.

3.     This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: 05/04/2026

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*