

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Nissan Motor Acceptance Company*
*LLC fka Nissan Motor Acceptance Corporation*
*as servicer for Nissan-Infinity LT LLC fka*
*Nissan-Infiniti LT*

**Order Filed on June 23, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Geoany Chacon

                                    Debtor.

Chapter: 13

Case No.: 25-14275-VFP

Hearing Date: June 18, 2026

Judge Vincent F. Papalia

## ORDER GRANTING MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 23, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the motion of Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation as servicer for Nissan-Infinity LT LLC fka Nissan-Infiniti LT ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the motion is granted, and the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2024 Nissan Pathfinder, VIN: 5N1DR3CD1RC209696**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further **ORDERED** that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further **ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.