| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Case No.:  25-14275** |
| IN RE:<br><br>GEOANY CHACON | **Adv. No.:**<br><br>**Hearing Date:  08/20/2026**<br><br>**Judge:  VFP** |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/20/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
GEOANY CHACON
1607 82ND STREET
NORTH BERGEN, NJ  07047
Mode of Service:  Regular Mail

Attorney for Debtor(s):
FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306
Mode of Service:  ECF and/or Regular Mail

Dated:  July 20, 2026

By:  /S/  Keith Guarneri
Keith Guarneri