UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

    Geoany Chacon

| | |
|---|---|
| Case No.: | 25-14275 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | PAPALIA |

## CERTIFICATION OF SERVICE

1.  I, _____ Nadia Loftin _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ___ Nicholas Fitzgerald, Esq. ___, who represents
    _____ Geoany Chacon _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ July 23, 2026 _____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

Modified Chapter 13 Plan - - After Confirmation

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _____ July 23, 2026 _____

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geoany Chacon<br>1607 82nd Street<br>North Bergen, NJ 07047 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Attorneys for Planet Home Lending, LLC | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

**NICHOLAS FITZGERALD**
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
**ATTORNEYS AT LAW**
**649 NEWARK AVENUE**
**JERSEY CITY, NJ 07306**

-------------------------------------------

**NEW YORK OFFICE**
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1800 828 7763

## Telephone (201) 533-1100
## Email: NickFitz.Law@gmail.com

### 25-14275-VFP Geoany Chacon
# Creditors

**Ambulatory Center for Endoscopy LLC**
PO Box 417750
Boston, MA 02241

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Amex**
P.O. Box 7871
Fort Lauderdale, FL 33329

**Amex/Cbna**
9111 Duke Blvd
Mason, OH 45040

**Apple Card/Gs Bank Usa**
Lockbox 6112 Po Box 7247
Philadelphia, PA 19170

**Bank of America, N.A.**
PO Box 673033
Dallas, TX 75267-3033

**Bk Of Amer**
Pob 15026
Wilmington, DE 19801

**Capital One**
11013 W Broad St
Glen Allen, VA 23060

**Cbna**
50 Northwest Point Road
Elk Grove Village, IL 60007

**Citibank N.A.**
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Citibank, N.A. Vs Chacon Geoany**
Rubin & Rothman LLC
1787 Veterans Memorial Hwy, Ste 32
Islandia, NY 11749

**Comenitycapital/Nflvs**
Po Box 182120
Columbus, OH 43218

**Evelyn Duran**
1607 82nd Street
North Bergen, NJ 07047

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Nissan Infiniti Lt**
2901 Kinwest Pkwy
Irving, TX 75063

**Nissan-Infiniti LT LLC fka Nissan-Infiniti LT**
PO Box 9013
Addison, Texas 75001

**Onemain**
Po Box 1010
Evansville, IN 47706

**Onemain Financial Gr**
Tenaglia & Hunt PA
365 West Passaic St, Suite 405
Rochelle Park, NJ 07662

**OneMain Financial Group, LLC**
PO Box 3251
Evansville, IN 47731

**PHL Mortgage**
10 Research Pkwy
Wallingford, CT 06492

**Planet Home Lending, LLC**
321 Research Pkwy #303
Meriden, CT 06450

**Quantum3 Group LLC as agent for**
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

**Rubin & Rothman LLC**
1787 Veterans Highway
Suite 22
Islandia, NY 11749

**Selip & Stylianou LLP**
10 Forest Avenue, Suite 300
Paramus, NJ 07653

**Syncb/Ppc**
170 Election Road
Suite 125
Draper, UT 84020

**Syncb/Ppmc**
170 Election Road
Suite 125
Draper, UT 84020

**Synchrony Bank**
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Synchrony Bank - - Pay Pal Credit**
Selip & Stylianou LLP
10 Forest Avenue, Suite 300
Paramus, NJ 07652

**Synchrony Bank - Pay Pal Mastercard**
Selip & Stylianou LLP
10 Forest Avenue, Suite 300
Paramus, NJ 07652

**Tenaglia & Hunt P.A.**
365 West Passaic Street
Suite 405
Rochelle Park, NJ 07662

**Thd/Cbna**
Po Box 9714
Gray, TN 37615

**U.S. Department of Housing and Urban Development**
26 Federal Plaza, Suite 3541
New York, NY 10278

**Verizon**
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118