UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

    Geoany Chacon

| | |
|---|---|
| Case No.: | 25-14275 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | PAPALIA |

## CERTIFICATION OF SERVICE

1. I, _____Nadia Loftin_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ___Nicholas Fitzgerald, Esq.___ , who represents

   _____Geoany Chacon_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____July 23, 2026_____ , I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   Amendment to Schedule I and Schedule J

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____July 23, 2026_____

                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geoany Chacon<br>1607 82nd Street<br>North Bergen, NJ 07047 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |