Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–14275–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Geoany Chacon
1607 82nd Street
North Bergen, NJ 07047

Social Security No.:
xxx–xx–1705

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 26, 2025.

On 7/23/26 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:               September 3, 2026
Time:               09:45 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 24, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 25-14275-VFP

Geoany Chacon                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 3

Date Rcvd: Jul 24, 2026                      Form ID: 185                              Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geoany Chacon, 1607 82nd Street, North Bergen, NJ 07047-4219 |
| cr | + | Nissan Motor Acceptance Company LLC fka Nissan Mot, PO Box 340514, Tampa, FL 33694-0514 |
| 520631568 | + | Ambulatory Center for Endoscopy LLC, PO Box 417750, Boston, MA 02241-7750 |
| 520631575 | + | Citibank, N.A. Vs Chacon Geoany, Rubin & Rothman LLC, 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 520631577 | + | Evelyn Duran, 1607 82nd Street, North Bergen, NJ 07047-4219 |
| 520631580 | + | Onemain Financial Gr, Tenaglia & Hunt PA, 365 West Passaic St, Suite 405, Rochelle Park, NJ 07662-3014 |
| 520631586 | + | Synchrony Bank - - Pay Pal Credit, Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520631587 | + | Synchrony Bank - Pay Pal Mastercard, Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520634278 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2026 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2026 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520675653 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 21:25:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520631569 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 21:25:39 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520631570 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2026 21:36:11 | Amex/Cbna, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520631571 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 24 2026 21:26:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 520695915 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 24 2026 21:26:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520631572 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 24 2026 21:26:00 | Bk Of Amer, Pob 15026, Wilmington, DE 19850-5026 |
| 520631574 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2026 21:36:10 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 520631573 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2026 21:25:27 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520720466 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2026 21:36:11 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520631576 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2026 21:27:00 | Comenitycapital/Nflvs, Po Box 182120, Columbus, OH 43218-2120 |
| 521296975 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | |
|---|---|---|---|
| | | Jul 24 2026 21:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520712785 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 24 2026 21:36:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520631578 | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Jul 24 2026 21:26:00 | Nissan Infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 520679337 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Jul 24 2026 21:26:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 520666953 | + Email/PDF: cbp@omf.com | | |
| | | Jul 24 2026 21:25:36 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520631579 | + Email/PDF: cbp@omf.com | | |
| | | Jul 24 2026 21:25:28 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520631581 | + Email/Text: BKMAIL@planethomelending.com | | |
| | | Jul 24 2026 21:27:00 | PHL Mortgage, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520712731 | + Email/Text: BKMAIL@planethomelending.com | | |
| | | Jul 24 2026 21:27:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520706713 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 24 2026 21:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520631582 | + Email/Text: bankruptcy@rubinrothman.com | | |
| | | Jul 24 2026 21:26:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Suite 22, Islandia, NY 11749-1500 |
| 520631583 | ^ MEBN | | |
| | | Jul 24 2026 21:23:12 | Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520631584 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 24 2026 21:25:38 | Syncb/Ppc, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520631585 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 24 2026 21:25:37 | Syncb/Ppmc, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520722094 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jul 24 2026 21:36:11 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520631588 | ^ MEBN | | |
| | | Jul 24 2026 21:23:33 | Tenaglia & Hunt P.A., 365 West Passaic Street, Suite 405, Rochelle Park, NJ 07662-3014 |
| 520631589 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 24 2026 21:36:06 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 520699633 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jul 24 2026 21:36:07 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-2                                    User: admin                                         Page 3 of 3

Date Rcvd: Jul 24, 2026                                 Form ID: 185                                     Total Noticed: 38

Date: Jul 26, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Nicholas Fitzgerald | on behalf of Debtor Geoany Chacon fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5