Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−14275−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Geoany Chacon
1607 82nd Street
North Bergen, NJ 07047

Social Security No.:
xxx−xx−1705

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 4, 2026.

Dated: September 4, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-14275-VFP

Geoany Chacon Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3

Date Rcvd: Sep 04, 2026 Form ID: plncf13 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geoany Chacon, 1607 82nd Street, North Bergen, NJ 07047-4219 |
| cr | + | Nissan Motor Acceptance Company LLC fka Nissan Mot, PO Box 340514, Tampa, FL 33694-0514 |
| 520631568 | + | Ambulatory Center for Endoscopy LLC, PO Box 417750, Boston, MA 02241-7750 |
| 520631575 | + | Citibank, N.A. Vs Chacon Geoany, Rubin & Rothman LLC, 1787 Veterans Memorial Hwy, Ste 32, Islandia, NY 11749-1500 |
| 520631577 | + | Evelyn Duran, 1607 82nd Street, North Bergen, NJ 07047-4219 |
| 520631580 | + | Onemain Financial Gr, Tenaglia & Hunt PA, 365 West Passaic St, Suite 405, Rochelle Park, NJ 07662-3014 |
| 520631586 | + | Synchrony Bank - - Pay Pal Credit, Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520631587 | + | Synchrony Bank - Pay Pal Mastercard, Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520634278 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 04 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 04 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520675653 | | Email/PDF: bncnotices@becket-lee.com | Sep 04 2026 21:40:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520631569 | | Email/PDF: bncnotices@becket-lee.com | Sep 04 2026 21:40:56 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520631570 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2026 21:41:25 | Amex/Cbna, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520631571 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 04 2026 21:31:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 520695915 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 04 2026 21:31:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520631572 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 04 2026 21:31:00 | Bk Of Amer, Pob 15026, Wilmington, DE 19850-5026 |
| 520631574 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2026 21:41:25 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 520631573 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2026 21:40:54 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520720466 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2026 21:41:25 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520631576 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 04 2026 21:31:00 | Comenitycapital/Nflvs, Po Box 182120, Columbus, OH 43218-2120 |
| 521296975 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 04 2026 21:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520712785 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 21:40:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520631578 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 04 2026 21:31:00 | Nissan Infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 520679337 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 04 2026 21:31:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 520666953 | + | Email/PDF: cbp@omf.com | Sep 04 2026 21:41:19 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520631579 | + | Email/PDF: cbp@omf.com | Sep 04 2026 21:41:19 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520631581 | + | Email/Text: BKMAIL@planethomelending.com | Sep 04 2026 21:31:00 | PHL Mortgage, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520712731 | + | Email/Text: BKMAIL@planethomelending.com | Sep 04 2026 21:31:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520706713 | | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2026 21:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520631582 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 04 2026 21:31:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Suite 22, Islandia, NY 11749-1500 |
| 520631583 | ^ | MEBN | Sep 04 2026 21:30:01 | Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520631584 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2026 21:41:19 | Syncb/Ppc, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520631585 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2026 21:40:54 | Syncb/Ppmc, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520722094 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2026 21:41:12 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520631588 | ^ | MEBN | Sep 04 2026 21:30:55 | Tenaglia & Hunt P.A., 365 West Passaic Street, Suite 405, Rochelle Park, NJ 07662-3014 |
| 520631589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2026 21:41:25 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 520699633 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2026 21:40:58 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Nicholas Fitzgerald | on behalf of Debtor Geoany Chacon fitz2law@gmail.com nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5